Form 3A
(10/05)

# United States Bankruptcy Court

_Northern_ District Of _Illinois_

In re _Michele D. Harris-McGraw_,
      Debtor

Case No. _07-16870_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ _68.50_    Check one ☐ With the filing of the petition, or
                              ☒ On or before _10/17/07_

    $ _68.50_ on or before _11/17/07_

    $ _68.50_ on or before _12/17/07_

    $ _68.50_ on or before _1/17/08_

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_Pro Se_
Signature of Attorney     Date

Name of Attorney

_Michele D. Harris-McGraw_    _9/17/07_
Signature of Debtor     Date
(In a joint case, both spouses must sign.)

Signature of Joint Debtor (if any)     Date

# FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 17 2007

KENNETH S. GARDNER, CLERK
**PS REP. - SW**

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
__Northern__ District Of __Illinois__

In re __Michele D. Harris-McGraw__,
         Debtor

Case No. __07-16870__

Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  ☐  With the filing of the petition, or
                           ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __SEP 1 7 2007__

**KENNETH S. GARDNER**
__Clerk, U.S. Bankruptcy Court__
*United States Bankruptcy Judge*