```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16870
  MICHELE D HARRIS MCGRAW
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
  SSN XXX-XX-4940


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/17/2007 and was confirmed 11/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was converted to chapter 7 after confirmation 03/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ROUNDUP  FUNDING LLC        UNSECURED          800.16           .00           .00
ROUNDUP  FUNDING LLC        UNSECURED          657.75           .00           .00
ROUNDUP  FUNDING LLC        UNSECURED         2359.94           .00           .00
CAPITAL ONE                 UNSECURED         2737.87           .00           .00
CAPITAL ONE                 UNSECURED         1757.85           .00           .00
ASSET ACCEPTANCE LLC        UNSECURED             .00           .00           .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         5682.48           .00           .00
ASSET ACCEPTANCE LLC        UNSECURED        20128.14           .00           .00
WELLS FARGO HOME MORTGAG    CURRENT MORTG        .00            .00           .00
WELLS FARGO HOME MORTGAG    MORTGAGE ARRE      51.60            .00         51.60
EVERGREEN FINANCE CO        SECURED VEHIC    6600.00            .00        394.57
HOLDEN PARK CONDO ASSOC     SECURED          5903.00            .00        232.44
EVERGREEN FINANCE           UNSECURED        NOT FILED          .00           .00
ROBERT V SCHALLER ^         UNSECURED        NOT FILED          .00           .00
AT & T BANKRUPCTY           NOTICE ONLY      NOT FILED          .00           .00
BALLYS TOTAL FITNESS        UNSECURED        NOT FILED          .00           .00
COLLECTION CO OF AMERICA    NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE BANK            NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE BANK            NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE BANK            NOTICE ONLY      NOT FILED          .00           .00
CAPITAL MANAGEMENT SERVI    UNSECURED        NOT FILED          .00           .00
CHASE                       NOTICE ONLY      NOT FILED          .00           .00
CITIBANK                    UNSECURED        NOT FILED          .00           .00
CITIBANK                    UNSECURED        NOT FILED          .00           .00
CITIBANK                    NOTICE ONLY      NOT FILED          .00           .00
CITIBANK                    NOTICE ONLY      NOT FILED          .00           .00
CITIBANK                    NOTICE ONLY      NOT FILED          .00           .00
CITIBANK                    NOTICE ONLY      NOT FILED          .00           .00
PREMIER BANKCARD            UNSECURED         279.98            .00           .00
COMMONWEALTH EDISON         UNSECURED         392.31            .00           .00
DFS/CIT                     NOTICE ONLY      NOT FILED          .00           .00
EVERGREEN FINANCE           NOTICE ONLY      NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16870 MICHELE D HARRIS MCGRAW
```

```
EVERGREEN FINANCE          NOTICE ONLY    NOT FILED             .00            .00
FIRST PREMIER BANK         UNSECURED      NOT FILED             .00            .00
GOODYEAR                   NOTICE ONLY    NOT FILED             .00            .00
CUSTOMIZED AUTO CREDIT S   NOTICE ONLY    NOT FILED             .00            .00
GLACIAL STAR GROUP         NOTICE ONLY    NOT FILED             .00            .00
GATEWAY CBUSA              NOTICE ONLY    NOT FILED             .00            .00
HSBC NV                    UNSECURED      NOT FILED             .00            .00
HSBC/WICKS                 NOTICE ONLY    NOT FILED             .00            .00
LVNV FUNDING               NOTICE ONLY    NOT FILED             .00            .00
MIDLAND                    UNSECURED      NOT FILED             .00            .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY    NOT FILED             .00            .00
TCF BANK                   UNSECURED      NOT FILED             .00            .00
NCO FIN/22                 NOTICE ONLY    NOT FILED             .00            .00
NCO FIN/22                 UNSECURED      NOT FILED             .00            .00
NICOR GAS                  UNSECURED        273.23              .00            .00
NICOR GAS                  NOTICE ONLY    NOT FILED             .00            .00
AT&T                       UNSECURED      NOT FILED             .00            .00
ROUNDUP FUNDING LLC        UNSECURED       1563.85              .00            .00
SPRINT                     UNSECURED      NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED      NOT FILED             .00            .00
PROVIDIAN NATIONAL BANK    NOTICE ONLY    NOT FILED             .00            .00
DAKOTA STATE BANK          UNSECURED        345.61              .00            .00
SALUTE VISA GOLD           UNSECURED        641.52              .00            .00
SEARS/CBSD                 NOTICE ONLY    NOT FILED             .00            .00
SPRINT BANKRUPTCY          UNSECURED        715.05              .00            .00
T-MOBILE                   NOTICE ONLY    NOT FILED             .00            .00
TRIBUTE                    UNSECURED      NOT FILED             .00            .00
T MOBILE                   UNSECURED        688.80              .00            .00
VILLAGE OF MATTESON        UNSECURED        395.47              .00            .00
SPRINT PCS                 NOTICE ONLY    NOT FILED             .00            .00
HOLDEN PARK CONDO ASSOC    CURRENT MORTG      .00               .00            .00
B-REAL LLC                 UNSECURED       1133.54              .00            .00
WELLS FARGO BANK           NOTICE ONLY    NOT FILED             .00            .00
PRO SE DEBTOR              DEBTOR ATTY        .00                              .00
TOM VAUGHN                 TRUSTEE                                            46.39
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
  --------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
  --------------------------------------------------------------------------
  TRUSTEE                 725.00

  PRIORITY                                        .00
  SECURED                                      678.61
  UNSECURED                                       .00
  ADMINISTRATIVE                                  .00
  TRUSTEE COMPENSATION                          46.39
  DEBTOR REFUND                                   .00
```

                    PAGE   2 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 16870 MICHELE D HARRIS MCGRAW

```
                              ---------------   ---------------
TOTALS                              725.00           725.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE